**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Eastern District of California
(State)

Case number (if known): _____ Chapter 11

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  
   Juarez Brothers Investments, LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names  
   N/A

3. **Debtor's federal Employer Identification Number (EIN)**  
   77-0476192

4. **Debtor's address**

   **Principal place of business**  
   1400 S. Union Avenue  
   Number    Street  
   Suite 120  
   
   Bakersfield    CA    93307  
   City    State    ZIP Code  
   
   Kern  
   County

   **Mailing address, if different from principal place of business**  
   Number    Street  
   
   P.O. Box  
   
   City    State    ZIP Code  
   
   **Location of principal assets, if different from principal place of business**  
   Number    Street  
   
   City    State    ZIP Code

5. **Debtor's website (URL)**    N/A

6. **Type of debtor**  
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor  Juarez Brothers Investments, LLC  
      Name

Case number *(if known)* _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))  
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  
☐ Railroad (as defined in 11 U.S.C. § 101(44))  
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))  
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))  
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))  
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)  
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)  
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.  
    4842 Specialized Freight Trucking

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7  
☐ Chapter 9  
☒ Chapter 11.  *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No  
☐ Yes.    District _____ When __ __/__ __/__ __ __ __ Case number _____  
              MM / DD / YYYY  
                 District _____ When __ __/__ __/__ __ __ __ Case number _____  
              MM / DD / YYYY

---

Debtor  Juarez Brothers Investments, LLC                    Case number (if known) _____
      Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.    Debtor _____    Relationship _____
             District _____    When _____
                                              MM / DD / YYYY
             Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____

    **Where is the property?** _____
                        Number    Street

    _____
    City          State    ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency _____
            Contact name _____
            Phone _____

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:

    ☒ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors***

    ☒ 1-49            ☐ 1,000-5,000       ☐ 25,001-50,000
    ☐ 50-99           ☐ 5,001-10,000      ☐ 50,001-100,000
    ☐ 100-199         ☐ 10,001-25,000     ☐ More than 100,000
    ☐ 200-999

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor  Juarez Brothers Investments, LLC                Case number *(if known)* _____
        Name

15. **Estimated assets**
    - ☐ $0-$50,000
    - ☐ $50,001-$100,000
    - ☐ $100,001-$500,000
    - ☐ $500,001-$1 million
    - ☒ $1,000,001-$10 million
    - ☐ $10,000,001-$50 million
    - ☐ $50,000,001-$100 million
    - ☐ $100,000,001-$500 million
    - ☐ $500,000,001-$1 billion
    - ☐ $1,000,000,001-$10 billion
    - ☐ $10,000,000,001-$50 billion
    - ☐ More than $50 billion

16. **Estimated liabilities**
    - ☐ $0-$50,000
    - ☐ $50,001-$100,000
    - ☐ $100,001-$500,000
    - ☐ $500,001-$1 million
    - ☒ $1,000,001-$10 million
    - ☐ $10,000,001-$50 million
    - ☐ $50,000,001-$100 million
    - ☐ $100,000,001-$500 million
    - ☐ $500,000,001-$1 billion
    - ☐ $1,000,000,001-$10 billion
    - ☐ $10,000,000,001-$50 billion
    - ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    - The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
    - I have been authorized to file this petition on behalf of the debtor.
    - I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  10/04/2021
                 MM / DD / YYYY

    X /s/ Walter Juarez
    Signature of authorized representative of debtor

    Walter Juarez
    Printed name

    Title  Member

18. **Signature of attorney**

    X /s/ Ignacio J. Lazo          Date 10/04/2021
    Signature of attorney for debtor     MM / DD / YYYY

    Ignacio J. Lazo
    Printed name

    Cadden & Fuller LLP
    Firm name

    2050       Main Street, Suite 260
    Number     Street

    Irvine                                    CA        92614
    City                                      State     ZIP Code

    (949) 788-0827                            ilazo@caddenfuller.com
    Contact phone                             Email address

    105945                                    California
    Bar number                                State

# UNANIMOUS CONSENT RESOLUTION
# AUTHORIZING CHAPTER 11 FILING

**[see attached]**

## UNANIMOUS CONSENT RESOLUTIONS

### (Chapter 11 Bankruptcy Petition Filing)

The undersigned, being all the members (the "Members") of Juarez Brothers Investments, LLC, a California limited liability company (the "Company") do hereby consent to and adopt the following Unanimous Consent Resolutions (the "Resolutions") effective as of this 1st day of October 2021:

WHEREAS Grimmway Enterprises, Inc., a California corporation ("Grimmway") obtained from Agri-Mix Transport, Inc., a California corporation ("Agri-Mix") various promissory notes (collectively, the "Notes"); and

WHEREAS Grimmway coerced Agri-Mix to induce the Company to grant Grimmway a deed of trust (the "Trust Deed") on certain real property (the "Property") owned by the Company in order to secure Agri-Mix's performance of the Notes; and

WHEREAS Grimmway wrongfully terminated its existing haulage agreement with Agri-Mix, has initiated proceedings to exercise the power of sale in the Trust Deed, and threatens to foreclose on the Property which constitutes the Company's primary source of income, and

WHEREAS the Members have investigated, discussed, and considered all options for addressing the Company's financial challenges in light of the threatened foreclosure, and

WHEREAS, the Members have concluded that it is in the best interests of the Company, its creditors, and other interested parties that the Company file a voluntary petition seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

WHEREFORE, IT IS HEREBY RESOLVED that, in the judgment of the Members of the Company, it is desirable and in the best interests of the Company, its creditors, and other interested parties that such a petition be filed by the Company seeking relief under the Bankruptcy Code; and

IT IS FURTHER RESOLVED that, any Member of the Company is hereby authorized, empowered, and directed to execute and verify a petition under Chapter 11 of the Bankruptcy Code in the name and on behalf of the Company and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of California at such time as said Member executing the same shall deem appropriate; and

IT IS FURTHER RESOLVED that any Member of the Company is hereby employed to retain attorneys to represent the Company in the Chapter 11 case at the Company's expense, subject to Bankruptcy Court approval; and

IT IS FURTHER RESOLVED that any Member of the Company is hereby authorized, empowered, and directed to (1) execute and file any and all petitions, schedules, motions, lists, applications, pleadings and other papers that said Member deems expedient, (2) employ and retain all assistance by legal counsel, accountants, financial advisors, liquidators and other professionals, and (3) take and perform any and all further acts and deeds as said Member deems necessary, proper, or desirable in connection with the successful prosecution of the Chapter 11 case; and

IT IS FURTHER RESOLVED, that any Member of the Company is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, and/or record and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents (specifically including, but not limited to, the amendment of any organizational, constitutional, or similar documents of subsidiaries of the Company) for the preservation of such entities and/or the value of the estate, and to take such action as in the judgment of such Member shall be or become necessary, proper, and desirable to effectuate the orderly administration of the Company's assets; and

IT IS FURTHER RESOLVED that the filing by the Company of a petition seeking relief under the provisions of the Bankruptcy Code shall not dissolve the Company; and

IT IS FURTHER RESOLVED that any and all past actions heretofore taken by any Member of the Company in the name and on behalf of the Company in furtherance of any or all of the proceeding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

IT IS FURTHER RESOLVED that these Resolutions shall serve in lieu of a special meeting of the Members of the Company and the undersigned hereby waive all requirements as to notice of such a meeting; and

ITS IS FURTHER RESOLVED, that these Resolutions may be executed in one or more counterparts, each of which shall be deemed to be an original copy, and all of which (when taken together) shall be deemed to constitute one and the same Resolutions and that the exchange or delivery of signatures in facsimile, PDF, or any other physical or electronic format shall suffice to constitute the execution of these Resolutions.

IN WITNESS WHEREOF, the undersigned Members have executed these Resolutions effective as of the date set forth above.

By: _____  By: _____
GONZALO JUAREZ                    RAMON JUAREZ

By: _____  By: _____
CESAR JUAREZ                      WALTER JUAREZ